IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIGHTON TRUSTEES, LLC et al., *Plaintiffs,* v. THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, *Defendant.* | CIVIL ACTION NO. 23-2251 |

## **ORDER**

**AND NOW**, this 14th day of August 2024, upon consideration of the Special Master's June 25, 2024 Opinion and Order (ECF No. 94), Lincoln's Objection (ECF No. 95), Plaintiffs' Response in Opposition to Lincoln's Objection (ECF No. 98), and all relevant documents, it is **ORDERED** that the Court **ADOPTS** the Opinion of the Special Master and **OVERRULES** Lincoln's objection.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.